UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: SACV 10-224-AG (MAN)        Date: March 17, 2010

Title:   C.J. Ford, Jr. v. Orange County, et al.
========================================================================

DOCKET ENTRY:     ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE
========================================================================

PRESENT:

          Hon. Margaret A. Nagle, United States Magistrate Judge

| Mel Zavala | N/A |
|---|---|
| Deputy Clerk | Court Reporter/Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| N/A | N/A |

**PROCEEDINGS (In Chambers):**

The Court is in receipt of the Motion To Dismiss Plaintiff's Complaint By Defendant Robert Matherly, which was filed on March 16, 2010, along with a related Request for Judicial Notice (collectively, "Motion"). Defendant Matherly erroneously has set the Motion for hearing before United States District Judge Andrew Guilford on April 26, 2010. Pursuant to the Notice Of Reference To A United States Magistrate Judge filed in this case on February 23, 2010, as well as General Order No. 05-07, this case has been referred to United States Magistrate Judge Margaret A. Nagle for the handling of pretrial matters consistent with 28 U.S.C. § 636. Accordingly the April 26, 2010 hearing date is VACATED. In addition, having reviewed the Motion, it appears to the Court that the Motion can be resolved without the need for oral argument, pursuant to Local Rule 7-15.

The briefing schedule for the Motion is as follows:

1.      By **April 7, 2010**, Plaintiff shall file and serve his Opposition to the Motion; and

2.      Within seven (7) days of his receipt of the Opposition, Defendant Matherly shall file and serve his Reply, if any.

Once briefing is completed, the Motion will be under submission to the Court. Should it appear to the Court that oral argument is needed, a hearing will be scheduled.

IT IS SO ORDERED.

MINUTES FORM 11                                                                                Initials of Deputy Clerk __efc___
CIVIL - GEN